UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lavaflow, LLP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Samsung Electronics Co., Ltd., et al. )<br>)<br>)<br>Defendants ) | Civil Action No.<br>05-CV-6536 |

**JOINT STIPULATION DISMISSING CLAIMS BETWEEN LAVAFLOW, LLP AND SAMSUNG ELECTRONICS CO., LTD, ET AL. WITH PREJUDICE**

WHEREAS, Plaintiff Lavaflow, LLP filed the Complaint in this action on November 17, 2005;

WHEREAS, the parties have resolved their disputes and have entered into a settlement agreement over which this Court retains jurisdiction;

IT IS HEREBY STIPULATED AND AGREED as follows:

1) Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lavaflow, LLP dismisses its claims against Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLP, and Sprint Nextel Corporation with prejudice.

2) Each side is to bear its own costs and attorney fees.

| | |
|---|---|
| **LAVAFLOW, LLP** | **BARTLIT BECK HERMAN PALENCHAR & SCOTT** |
| _____ |  |
| John J. King | Chris Lind<br>Paul J. Skiermont |
| Wheaton, IL | 54 W. Hubbard St. Suite 300<br>Chicago, IL 60610 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED.**

_____
Hon. Suzanne B. Conlon
United Stated District Judge

Dated: 2/15/06